UNITED STATES BANKRUPTCY COURT
DISTRICT OF NEW JERSEY

**Caption in Compliance with D.N.J. LBR 9004-1(b)**

DENISE CARLON, ESQUIRE
KML LAW GROUP, PC
701 Market Street, Suite 5000
Philadelphia, PA 19106
215-627-1322
dcarlon@kmllawgroup.com
Attorneys for Secured Creditor
Lakeview Loan Servicing, LLC

In Re:

Robert Thomas Gibbons,

Debtor.

Case No.:       22-18799-JNP

Chapter:        13

Hearing Date:   9/17/2024

Judge:          Poslusny

# STATUS CHANGE FORM

Pursuant to D.N.J. LBR 9013-3, the undersigned notifies the court that the matter identified below has been:

☒ Settled          ☐ Withdrawn

Matter: Motion for Relief from Stay re: 1977 Steeplechase Drive (Docket # 32)

_____

Date: 09/12/2024                             /s/ Denise Carlon
                                             Signature

*rev.8/1/15*