Form 173 – hrggeneral

## UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

---

Case No.: 22–18799–JNP
Chapter: 13
Judge: Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
Robert Thomas Gibbons Sr.
1977 Steeplechase Drive
Williamstown, NJ 08094

Social Security No.:
xxx–xx–1907

Employer's Tax I.D. No.:

---

### NOTICE OF HEARING

NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:         February 4, 2025
Time:         11:00 AM
Location:     4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101–2067

to consider and act upon the following:

*40* – Certification In Response to (related document:39 Creditor's Certification of Default (related document:36 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Lakeview Loan Servicing, LLC. Objection deadline is 01/14/2025. (Attachments: # 1 Exhibit A – Order Curing Post–Petition Arrears # 2 Exhibit B – Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Lakeview Loan Servicing, LLC) filed by Kevin C. Fayette on behalf of Robert Thomas Gibbons Sr.. (Fayette, Kevin)

and transact such other business as may properly come before the meeting.


Dated: January 14, 2025
JAN: kvr

                                                            Jeanne Naughton
                                                            Clerk