Form 173 − hrggeneral

# UNITED STATES BANKRUPTCY COURT

District of New Jersey
401 Market Street
Camden, NJ 08102

Case No.:  22−18799−JNP
Chapter:  13
Judge:  Jerrold N. Poslusny Jr.

In Re: Debtor(s) (name(s) used by the debtor(s) in the last 8 years, including married, maiden, trade, and address):
   Robert Thomas Gibbons Sr.
   1977 Steeplechase Drive
   Williamstown, NJ 08094

Social Security No.:
   xxx−xx−1907

Employer's Tax I.D. No.:

## NOTICE OF HEARING

   NOTICE IS HEREBY GIVEN that a hearing in said cause shall be held before the Honorable Jerrold N. Poslusny Jr. on

Date:          February 4, 2025
Time:          11:00 AM
Location:      4th Floor Courtroom 4C, Mitchell H. Cohen Courthouse, 1 John F. Gerry Plaza, 400 Cooper Street, Camden, NJ 08101−2067

to consider and act upon the following:

*40* − Certification In Response to (related document:39 Creditor's Certification of Default (related document:36 Order on Motion For Relief From Stay) filed by Denise E. Carlon on behalf of Lakeview Loan Servicing, LLC. Objection deadline is 01/14/2025. (Attachments: # 1 Exhibit A − Order Curing Post−Petition Arrears # 2 Exhibit B − Certification of Creditor # 3 Proposed Order # 4 Certificate of Service) filed by Creditor Lakeview Loan Servicing, LLC) filed by Kevin C. Fayette on behalf of Robert Thomas Gibbons Sr.. (Fayette, Kevin)

and transact such other business as may properly come before the meeting.


Dated: January 14, 2025
JAN: kvr

                                                         Jeanne Naughton
                                                         Clerk

United States Bankruptcy Court

District of New Jersey

In re:  Case No. 22-18799-JNP
Robert Thomas Gibbons, Sr.  Chapter 13
    Debtor

# CERTIFICATE OF NOTICE

District/off: 0312-1  User: admin  Page 1 of 2
Date Rcvd: Jan 14, 2025  Form ID: 173  Total Noticed: 1

The following symbols are used throughout this certificate:
**Symbol  Definition**

+  Addresses marked '+' were corrected by inserting the ZIP, adding the last four digits to complete the zip +4, or replacing an incorrect ZIP. USPS regulations require that automation-compatible mail display the correct ZIP.

**Notice by first class mail was sent to the following persons/entities by the Bankruptcy Noticing Center on Jan 16, 2025:**

**Recip ID  Recipient Name and Address**
db  + Robert Thomas Gibbons, Sr., 1977 Steeplechase Drive, Williamstown, NJ 08094-8783

TOTAL: 1

**Notice by electronic transmission was sent to the following persons/entities by the Bankruptcy Noticing Center.**
Electronic transmission includes sending notices via email (Email/text and Email/PDF), and electronic data interchange (EDI).

NONE

## BYPASSED RECIPIENTS

**The following addresses were not sent this bankruptcy notice due to an undeliverable address, *duplicate of an address listed above, *P duplicate of a preferred address, or ## out of date forwarding orders with USPS.**

NONE

## NOTICE CERTIFICATION

**I, Gustava Winters, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Notice and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 309): Pursuant to Fed .R. Bank. P.2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

Date: Jan 16, 2025  Signature:  /s/Gustava Winters

---

## CM/ECF NOTICE OF ELECTRONIC FILING

**The following persons/entities were sent notice through the court's CM/ECF electronic mail (Email) system on January 14, 2025 at the address(es) listed below:**

**Name  Email Address**

Albert Russo
    docs@russotrustee.com

Courtney R. Shed
    on behalf of Creditor Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Courtney R. Shed
    on behalf of Creditor Nationstar Mortgage LLC as servicing agent for Lakeview Loan Servicing LLC cshed@grosspolowy.com, ecfnotices@grosspolowy.com

Denise E. Carlon
    on behalf of Creditor Lakeview Loan Servicing LLC dcarlon@kmllawgroup.com, bkgroup@kmllawgroup.com

Elizabeth L. Wassall
    on behalf of Creditor Lakeview Loan Servicing LLC ewassall@logs.com, njbankruptcynotifications@logs.com;logsecf@logs.com

| District/off: 0312-1 | User: admin | Page 2 of 2 |
|---|---|---|
| Date Rcvd: Jan 14, 2025 | Form ID: 173 | Total Noticed: 1 |

Kevin C. Fayette
    on behalf of Debtor Robert Thomas Gibbons Sr. kfayette@kevinfayette.com

Kimberly A. Wilson
    on behalf of Creditor Lakeview Loan Servicing LLC kimwilson@raslg.com

Laura M. Egerman
    on behalf of Creditor Lakeview Loan Servicing LLC enote vesting--Nationstar Mortgage LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Laura M. Egerman
    on behalf of Creditor Lakeview Loan Servicing LLC laura.egerman@mccalla.com, mccallaecf@ecf.courtdrive.com

Sindi Mncina
    on behalf of Creditor Lakeview Loan Servicing LLC smncina@raslg.com

U.S. Trustee
    USTPRegion03.NE.ECF@usdoj.gov


TOTAL: 11