| Office Mailing Address: | Send Payments **ONLY** to: |
|---|---|
| Albert Russo, Trustee | Albert Russo, Trustee |
| PO Box 4853 | PO Box 933 |
| Trenton, NJ 08650-4853 | Memphis, TN 38101-0933 |

# OFFICE OF THE STANDING CHAPTER 13 TRUSTEE
## REPORT OF RECEIPTS AND DISBURSEMENTS
Activity for the period from 01/01/2024 to 12/31/2024
**Chapter 13 Case No. 22-18799 / JNP**

ROBERT T. GIBBONS, SR.

Petition Filed Date: 11/05/2022
341 Hearing Date: 12/01/2022
Confirmation Date: 02/15/2023

Case Status: Open / Confirmed

### RECEIPTS / PAYMENT HISTORY FOR THE TIME PERIOD SELECTED

| Date | Amount | Check No. | Date | Amount | Check No. | Date | Amount | Check No. |
|---|---|---|---|---|---|---|---|---|
| 01/08/2024 | $900.00 | | 02/02/2024 | $900.00 | | 03/07/2024 | $900.00 | |
| 04/05/2024 | $900.00 | | 05/16/2024 | $900.00 | | 06/03/2024 | $900.00 | |
| 07/11/2024 | $900.00 | | 08/21/2024 | $900.00 | | 09/23/2024 | $900.00 | |
| 10/18/2024 | $900.00 | | 10/30/2024 | $900.00 | | 12/12/2024 | $900.00 | |

**Total Receipts for the Period: $10,800.00    Amount Refunded to Debtor Since Filing: $0.00    Total Receipts Since Filing: $21,771.00**

### DISTRIBUTIONS TO CREDITORS FOR THE TIME PERIOD SELECTED

#### CLAIMS AND DISTRIBUTIONS

| Claim # | Claimant Name | Class | Claim Amount | Amount Paid | Balance Due |
|---|---|---|---|---|---|
| 0 | ROBERT T. GIBBONS, SR. | Debtor Refund | $0.00 | $0.00 | $0.00 |
| 1 | AMERICAN EXPRESS | Unsecured Creditors | $5,499.45 | $1,487.54 | $4,011.91 |
| 2 | CAPITAL ONE, N.A. | Unsecured Creditors | $10,028.35 | $2,712.56 | $7,315.79 |
| 3 | CAPITAL ONE, N.A. | Unsecured Creditors | $1,986.60 | $537.35 | $1,449.25 |
| 4 | CAPITAL ONE, N.A. | Unsecured Creditors | $123.31 | $33.35 | $89.96 |
| 5 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 6 | LVNV FUNDING, LLC | Unsecured Creditors | $1,634.87 | $442.21 | $1,192.66 |
| 7 | LVNV FUNDING, LLC | Unsecured Creditors | $947.22 | $256.21 | $691.01 |
| 8 | PREMIER BANKCARD, LLC | Unsecured Creditors | $1,272.31 | $344.14 | $928.17 |
| 9 | MERRICK BANK | Unsecured Creditors | $2,416.38 | $653.60 | $1,762.78 |
| 10 | NATIONSTAR MORTGAGE, LLC<br>»» 1977 STEEPLECHASE DRIVE | Mortgage Arrears | $2,685.29 | $2,685.29 | $0.00 |
| 11 | LVNV FUNDING, LLC | Unsecured Creditors | $1,899.41 | $513.77 | $1,385.64 |
| 12 | SYNCB/ASHLEY HOMESTORES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 13 | SYNCB/LOWES | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 14 | SYNCB/CARE CREDIT | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 15 | SYNCB/WALMART | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 16 | SYNCHRONY BANK | | $0.00 | $0.00 | $0.00 |
| 17 | PORTFOLIO RECOVERY ASSOCIATES, LLC<br>»» AMENDED 2/21/23 | Unsecured Creditors | $3,291.34 | $890.27 | $2,401.07 |
| 18 | U.S. TRUSTEE | | $0.00 | $0.00 | $0.00 |
| 19 | VISTANA VACATIONS<br>»» SURRENDER | Secured Creditors<br>No Disbursements: Surrendered | $0.00 | $0.00 | $0.00 |
| 20 | WEBBANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |

**Chapter 13 Case No. 22-18799 / JNP**

| | | | | | |
|---|---|---|---|---|---|
| 21 | ANDREW B. FINBERG | | $0.00 | $0.00 | $0.00 |
| 22 | ISABEL C. BALBOA | | $0.00 | $0.00 | $0.00 |
| 23 | ROBERT THOMAS GIBBONS SR. | | $0.00 | $0.00 | $0.00 |
| 0 | Andrew B. Finberg, Esq. | Attorney Fees | $4,063.00 | $4,063.00 | $0.00 |
| 24 | COMENITY BANK | Unsecured Creditors | $0.00 | $0.00 | $0.00 |
| 25 | LVNV FUNDING, LLC | Unsecured Creditors | $1,591.38 | $430.45 | $1,160.93 |
| 26 | PORTFOLIO RECOVERY ASSOCIATES, LLC | Unsecured Creditors | $5,769.86 | $1,560.69 | $4,209.17 |
| 27 | QUANTUM3 GROUP, LLC | Unsecured Creditors | $2,389.42 | $646.30 | $1,743.12 |
| 28 | QUANTUM3 GROUP, LLC | Unsecured Creditors | $2,248.66 | $608.23 | $1,640.43 |
| 29 | ALBERT RUSSO | Other Administrative Fees | $0.00 | $0.00 | $0.00 |
| 0 | Kevin C. Fayette, Esq.<br>»»  SUB OF ATTY 11/21/23 | Attorney Fees | $0.00 | $0.00 | $0.00 |
| 30 | NATIONSTAR MORTGAGE, LLC<br>»»  1977 STEEPLECHASE DRIVE/ATTY FEES 9/26/24 | Mortgage Arrears | $549.00 | $549.00 | $0.00 |

**SUMMARY**

Summary of all receipts and disbursements from date filed through 1/23/2025:

| | | | |
|---|---|---|---|
| Total Receipts: | $21,771.00 | Percent to General Unsecured Creditors: | 100% |
| Paid to Claims: | $18,413.96 | Current Monthly Payment: | $903.00 |
| Paid to Trustee: | $1,710.03 | Arrearages: | $948.00 |
| Funds on Hand: | $1,647.01 | | |

**PAY YOUR MONTHLY TRUSTEE PAYMENT ONLINE USING TFS BILL PAY!**
Visit www.TFSBillPay.com for more information.

View your case information online for *FREE*!  Register today at www.ndc.org or scan this code to get started.

